IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

CHRISTOPHER MCCULLOUGH,     *
#174 909
    Petitioner,                             *

    v.                                        *      3:07-CV-71-WHA

DANIEL JONES, WARDEN, *et al.*,     *

    Respondents.                     *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis*, and for good cause, it is

ORDERED that the motion (Doc. No. 2) be and is hereby GRANTED.

DONE, this 25th day of January 2007.

                         /s/ Susan Russ Walker
                         SUSAN RUSS WALKER
                         UNITED STATES MAGISTRATE JUDGE