McCullough

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Daniel Jones, Warden
W E Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL 35203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): J. Oliver
C. Date of Delivery

dress different from item 1?  ☐ Yes
r delivery address below:      ☐ No

☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

3:07cv71 (pet./order 20 days)

2. Article Number (Transfer from service label): 7005 1160 0001 2962 1362

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

McCullough

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Hon. Troy King
Attorney General for the
State of Alabama
11 South Union Street
Montgomery, AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Taylor
☐ Agent
☐ Addressee

B. Received by (Printed Name): Taylor
C. Date of Delivery: 1/26/07

dress different from item 1?  ☐ Yes
delivery address below:        ☐ No

☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

3:07cv71 (pet./order 20 days)

2. Article Number (Transfer from service label): 7005 1160 0001 2962 1379

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540