IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MCCULLOUGH, ) | |
| ) | |
| PETITIONER, ) | |
| ) | |
| vs. ) | CASE NO. 3:07-CV-71-WHA |
| ) | |
| DANIEL JONES, WARDEN, et al., ) | |
| ) | |
| RESPONDENTS. ) | |

### RESPONDENTS' REQUEST FOR EXTENSION OF TIME

Come now the Respondents, by and through the Attorney General for the State of Alabama, and hereby request a fourteen (14) day extension of time in which to file their answer as directed by this Court's January 25, 2007 order. The Respondents request this extension on the following grounds:

1. The original due date for this answer to the instant petition for a writ of habeas corpus, as directed by this Court's January 25, 2007 order, is Wednesday, February 14, 2007.

2. On February 8, 2007 undersigned counsel traveled to the Chambers County Circuit Court to obtain records pertaining to the Petitioner's 2003 attempted burglary conviction at issue, and is currently in the process of reviewing both trial court and appellate court records regarding that conviction and drafting

the Respondents' answer. Undersigned counsel has thus been unable to properly respond to the Petitioner's claims by today's date.

3. If this Court were to grant this request for an extension of time, the answer will be due on February 28, 2007. Undersigned counsel will make all efforts to submit said answer long before that date. The Petitioner will not be prejudiced by this extension in any manner.

Therefore, for these reasons, the Respondents respectfully request this Court to extend its due date for said response to February 28, 2007.

Respectfully submitted,

Troy King(KIN047)
Attorney General
By:


/s/Marc A. Starrett
Marc A. Starrett
Assistant Attorney General

ID #STARM1168

2

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

CHRISTOPHER MCCULLOUGH, AIS # 174909
Inmate, Donaldson Correctional Facility
100 Warrior Lane
Bessemer, Alabama 35023

/s/Marc A. Starrett
Marc A. Starrett (STARM1168)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: MStarrett@AGO.State.Al.US

ADDRRESS OF COUNSEL;

Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, Alabama 36130-0152
(334) 242-7300

233846