IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
ALABAMA
        EASTERN DIVISION

CHRISTOPHER McCULLOUGH       * CASE NO
        #174909
                PETITIONER,   * 3:07-CV-71-WHA
                              *
        V.                    *
DANIEL JONES, WARDEN          *
        RESPONDENT,           *

<u>MOTION FOR EXTENSION OF TIME</u>

COMES NOW THE PETITIONER OF SAID CAUSE CHRISTOPHER McCULLOUGH, MOVES THIS COURT FOR AN EXTENSION OF TIME REASON FOR IS THAT PETITIONER HAS TO PRODUCE INDEPENDENT EVIDENCE TO DISCLOSE TO THIS COURT THAT HE DID INDEED ATTEMPT TO ASCERTAIN THE STATUS OF THIS ORDER SEVERAL TIMES ON WHICH IF ALLOWED THE EXTENSION OF TIME, THE PETITIONER WILL DISCLOSE SEVERAL EXHIBITS WITH THE SAID CASES WITH AN SWORN AFFIDAVIT OF THE SITUATION.

                Signature, Christopher C. McCullough
                           Christopher C. McCullough

PAGE (1)

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY THAT ON THIS THE 22ND DAY OF MAY 2007 I HAVE SENT AN EXACT, SAME COPY OF THE FOREGOING TO TROY KING ATTORNEY GENERAL 11 SOUTH UNION STREET MONTGOMERY, ALABAMA 36130-0152 BY PLACING THE SAME IN THE UNITED STATES MAIL POSTAGE PAID BY PLACING THE SAME IN AN UNITED STATES POST OFFICE.

Signature, _Christopher C. McCullough_
Christopher C. McCullough
PRO 'SE

PAGE (2)

CHRISTOPHER MSCULLOUGH #174909 A-16-C
W.E. DONALDSON 100 WARRIOR LANE
BESSEMER, ALABAMA 35023

LEGAL MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711