IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

CHRISTOPHER MCCULLOUGH,   *
#174 909
    Petitioner,   *

    v.   *   3:07-CV-71-WHA

DANIEL JONES, WARDEN, *et al.*,   *

    Respondents.   *

_____

**ORDER ON MOTION**

Petitioner seeks an extension of time to comply with the court's May 3, 2007 order directing him to show cause why his habeas application should not be dismissed as time-barred. Petitioner's motion has been read, considered, and shall be granted.

Accordingly, it is ORDERED that:

1. Petitioner's Motion for Extension of Time (Doc. No. 20) is GRANTED;

2. Petitioner is GRANTED an extension from May 23, 2007 to June 14, 2007 to comply with the court's May 3, 2007 order.

DONE, this 31st day of May 2007.

                                                /s/ Susan Russ Walker
                                                SUSAN RUSS WALKER
                                                UNITED STATES MAGISTRATE JUDGE