RECEIVED
2007 JUN 11 A 9:45
MIDDLE DIST

IN THE DISTRICT COURT OF THE
UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CHRISTOPHER McCULLOUGH, #174909  *
         PETITIONER              * CASE NO.
                                 * 3:07-CV-71 WHA
    VS                           *
                                 *
DANIEL JONES, WARDEN             *
         RESPONDENT,             *

MOTION FOR EXTENSION OF TIME

COMES NOW THE PETITIONER MOVES THIS COURT FOR AN EXTENSION OF TIME REASON BEING PETITIONER IS SEEKING TO GET HIS SWORN STATEMENT AFFIDAVIT NOTARIZE TO RESPOND PROPERLY TO THIS ORDER BUT PETITIONER HAS NOT BEEN ABLE TO GET THE AFFIDAVIT NOTARIZE DUE TO LACK OF SUCH PROCEDURE OCCURRING. I HAVE TO WAIT UNTIL PRISON OFFICIALS DO NOTORIZATIONS AND THEY HAVE YET TO NOTORIZE MY PAPERS ON WHICH I DON'T BELIEVE I CAN MAKE THE JUNE 17, 2007 DEADLINE IF GRANTED SUCH EXTENSION PETITIONER WILL RESPOND AS SOON AS POSSIBLE

PAGE (1)       Signature, Christopher C. McCullough

CERTIFICATE OF SERVICE,

I HEREBY CERTIFY THAT I HAVE SENT AN EXACT SAME COPY OF THE FOREGOING TO TROY KING ATTORNEY GENERAL 11 SOUTH UNION STREET MONTGOMERY, ALABAMA 36130-0152 ON THIS THE DAY 6TH OF JUNE MONTH 2007 BY PLACING THE SAME POSTAGE PAID IN AN UNITED STATES POST OFFICE BY PLACING THE SAME POSTAGE PAID IN AN UNITED STATES POST OFFICE BY PLACING THE SAME IN THE UNITED STATES POSTAL SERVICE.

Signature, Christopher C. McCullough
Christopher C McCullough

PRO' SE

PAGE 2

CHRISTOPHER MCCULLOUGH #174909 A#IRCELL
W.E. DONALDSON 100 WARRIOR LANE
BESSEMER, ALABAMA 35023

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711