IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| CHRISTOPHER MCCULLOUGH, #174 909 | * | |
| Petitioner, | * | |
| v. | * | 3:07-CV-71-WHA |
| DANIEL JONES, WARDEN, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Petitioner seeks a second extension of time to comply with the court's May 3, 2007 order directing him to show cause why his habeas application should not be dismissed as time-barred. Petitioner's motion has been read, considered, and shall be granted.

Accordingly, it is ORDERED that:

1. Petitioner's Motion for Extension of Time (Doc. No. 22) is GRANTED;

2. Petitioner is GRANTED an extension from June 14, 2007 to July 5, 2007 to comply with the court's May 3, 2007 order.

DONE, this 12th day of June 2007.

　/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE