IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| CHRISTOPHER MCCULLOUGH, #174 909 | * | |
| Petitioner, | * | |
| v. | * | 3:07-CV-71-WHA |
| DANIEL JONES, WARDEN, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER**

Upon consideration of Petitioner's response filed June 25, 2007, it is

ORDERED that on or before July 17, 2007 Respondents file a reply to Petitioner's June 25, 2007 response, including exhibits, which he submits supports his equitable tolling argument. Petitioner may file a response to Respondents' reply within fifteen (15) days of the filing of Respondents' reply with the court.

DONE, this 27th day of June 2007.

   /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE