IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MCCULLOUGH, #174909, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:07cv071-WHA |
| ) | |
| GARY HETZEL, Warden, et al., ) | (WO) |
| ) | |
| Respondents. ) | |

## **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #36), entered on September 24, 2009, the court adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this petition for habeas corpus relief is DENIED and this case is DISMISSED with prejudice as time barred under 28 U.S.C. § 2244.

DONE this 27th day October, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE